UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE D. WEATHERS, | No. 2:14-cv-1610-KJN |
| Plaintiff, | |
| v. | ORDER AND |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER TO SHOW CAUSE |
| Defendant. | |

Plaintiff, proceeding without counsel, initially commenced this social security action on July 8, 2014.  (ECF No. 1.)  Pursuant to the court's August 4, 2014 scheduling order, plaintiff was required to file a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record.  (ECF No. 4.)  On November 17, 2014, the Commissioner lodged the administrative record and served it on plaintiff by U.S. mail.  (ECF Nos. 10, 11.)  However, to this date, plaintiff has not yet filed a motion for summary judgment.

The court has considered whether sanctions should be imposed against plaintiff.  However, in light of plaintiff's *pro se* status, the court first issues an order to show cause, providing plaintiff with an opportunity to explain his failure to file the motion for summary judgment.  The court also provides plaintiff with an additional opportunity to file a motion for summary judgment.

1

Furthermore, the court notes that plaintiff has not yet indicated whether or not he consents to the jurisdiction of the magistrate judge for all purposes. Therefore, plaintiff is directed to file a brief statement indicating whether or not he consents to the jurisdiction of a United States magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c). Importantly, plaintiff is under no obligation to so consent – plaintiff's designation merely assists the court in determining how the case should be administratively processed.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than April 23, 2015, plaintiff shall show cause in writing why this action should not be dismissed based on plaintiff's failure to file a motion for summary judgment and prosecute this case.

2. No later than April 23, 2015, plaintiff shall file a motion for summary judgment that meets the requirements of the court's August 4, 2014 scheduling order.

3. No later than April 23, 2015, plaintiff shall file a brief statement indicating whether or not he consents to the jurisdiction of a United States magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).

4. Failure to timely respond to the order to show cause and to timely file a motion for summary judgment may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

5. The Clerk of Court shall serve another copy of the court's August 4, 2014 scheduling order (ECF No. 4) on plaintiff along with a copy of this order.

IT IS SO ORDERED.

Dated: March 26, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE